IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG<br>1657 THE FAIRWAY #131<br>JENKINTOWN, PA 19046<br><br>      Plaintiff Pro-Se.<br><br>v.<br><br>SAFE HOME SECURITY, INC.<br>et al.<br><br>      Defendants. | Case No. 2:20-cv-02435-ER<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL

COMES NOW Plaintiff ANDREW R. PERRONG, and hereby voluntarily dismisses this case, with prejudice, against Defendants Justin Lindner and Lindner Security Solutions, LLC only, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as no party has filed an answer or a motion for summary judgement. In accord with Rule 41(a)(1)(B), such a dismissal is being made WITH PREJUDICE.

Dated: **July 3, 2020**

                                                                               Andrew Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com